IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-CV-36-M

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| DIAMOND PERFECTION, INC. d/b/a ) | |
| AQUAFEEL SOLUTIONS, ) | |
| ) | |
| Respondent ) | |

The Court has been informed by the parties during a status conference on April 3, 2020, that they agree that the issues underlying this action have been resolved. Accordingly, this action hereby is DISMISSED. Counsel are DIRECTED to file their Joint Stipulation of Dismissal on or before April 10, 2020.

SO ORDERED this the 3rd day of April, 2020.

RICHARD E. MYERS II
UNITED STATES DISTRICT JUDGE